UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Strike 3 Holdings, LLC**
    Plaintiff

V.

CIVIL ACTION

NO. **1:24-cv-13136-RGS**

**John Doe**
    Defendant

### ORDER OF DISMISSAL

Stearns, D. J.

    In accordance with the Court's Order entered May 20, 2025 [Doc. No. 14] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

5/20/2025
Date

/s/ Jacqueline Martin
Deputy Clerk